**In re the ESTATE OF Carolyn Storz BROWN, Respondent,**

v.

**Larry Craig BROWN, Appellant.**

**No. 61028.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 4, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Oct. 29, 1992.

Joe A. Johnson, Arnold, for appellant.

Hebert Kasten, St. Louis, for respondent.

## ORDER

PER CURIAM.

Husband appeals from an order which ratified the filing of a dissolution action by wife's conservator on behalf of wife. We affirm. The judgment of the trial court is supported by substantial evidence and an extended opinion would have no prece-

dential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).